1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  CASE NO. 2:13-CR-225 LKK
                                  )
12              Plaintiff,        )  **STIPULATION AND ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
13      v.                        )  **DATE AND EXCLUDING TIME UNDER**
                                  )  **THE SPEEDY TRIAL ACT**
14 ANTONIO GOMEZ-CRUZ,            )
                                  )  Court:  Hon. Lawrence Karlton
15              Defendant.        )
                                  )
16 _____)

17

18      It is hereby stipulated and agreed by and between plaintiff

19 United States of America, on the one hand, and defendant Antonio

20 Gomez-Cruz, on the other hand, through their respective

21 attorneys, that:

22      (1) the presently set August 27, 2013, status conference

23      shall be continued to September 24, 2013, at 9:15 a.m.; and

24      (2) time from the date of the parties' stipulation, August

25      23, 2013, through, and including, September 24, 2013, shall

26      be excluded from computation of time within which the trial

27      of this matter must be commenced under the Speedy Trial Act,

28      pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv) and Local

                                 1

1   Codes T4 (reasonable time for defense counsel to prepare).

2   The parties stipulate and agree that the United States has
3   produced discovery to defense counsel and defense counsel needs
4   additional time to review the discovery, investigate the facts,
5   conduct legal research regarding possible defenses, and confer
6   with his client regarding these matters.  The parties have
7   discussed settlement of the case, however, more time is needed to
8   reduce their settlement discussions into a formal written plea
9   agreement and then explain the ramifications of the proposed plea
10  agreement to defendant.  The task of conferring with the client
11  is made more difficult due to the need to use a Spanish/English
12  language interpreter to conduct communications between defense
13  counsel and client.

14  Based on these facts, the parties stipulate and agree that
15  the Court shall find:  (1) the trial delay and exclusion of time
16  requested herein is necessary to provide defense counsel
17  reasonable time to prepare defendant's defense taking into
18  account due diligence; and (2) the ends of justice to be served
19  by granting the requested continuance outweigh the best interests
20  of the public and defendant in a speedy trial.

21  Dated:  August 23, 2013          /s/ Gilbert Roque
                                     _____
22                                   GILBERT ROQUE
                                     Attorney for Defendant
23                                   Antonio Gomez-Cruz
                                     (per telephone authorization)
24

25  Dated:  August 23, 2013          BENJAMIN B. WAGNER
                                     UNITED STATES ATTORNEY
26
                                         /s/ Samuel Wong
27                               By:  _____
                                     SAMUEL WONG
28                                   Assistant U.S. Attorney

2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, August 23, 2013, to and including the new September 24, 2013, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the presently set August 27, 2013, status conference shall be continued to September 24, 2013, at 9:15 a.m.

Dated: August 23, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3