1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:13-CR-225 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **DATE AND EXCLUDING TIME UNDER** |
| ) | **THE SPEEDY TRIAL ACT** |
| ANTONIO GOMEZ-CRUZ, ) | |
| ) | Court:  Hon. Lawrence Karlton |
| Defendant. ) | |
| ) | |
| ) | |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Antonio Gomez-Cruz, on the other hand, through their respective attorneys, that:

(1) the presently set September 24, 2013, status conference shall be continued to October 8, 2013, at 9:15 a.m.; and (2) time from the date of the parties' stipulation, September 20, 2013, through, and including, October 8, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local

1

1     Codes T4 (reasonable time for defense counsel to prepare).

2     The parties stipulate and agree that the United States has
3 produced discovery to defense counsel and will be providing a
4 proposed plea agreement to defense counsel shortly.  Defense
5 counsel needs additional time to compare the proposed plea
6 agreement with the discovery provided, investigate the facts,
7 conduct legal research regarding possible defenses, and confer
8 with his client regarding these matters and the ramifications of
9 the proposed plea agreement to defendant.  The task of conferring
10 with the client is made more difficult due to the need to use a
11 Spanish/English language interpreter to conduct communications
12 between defense counsel and client.

13     Based on these facts, the parties stipulate and agree that
14 the Court shall find:  (1) the trial delay and exclusion of time
15 requested herein is necessary to provide defense counsel
16 reasonable time to prepare defendant's defense taking into
17 account due diligence; and (2) the ends of justice to be served
18 by granting the requested continuance outweigh the best interests
19 of the public and defendant in a speedy trial.

20 Dated:  September 20, 2013         /s/ Gilbert Roque
21         _____
        GILBERT ROQUE
        Attorney for Defendant
22         Antonio Gomez-Cruz
        (per telephone authorization)
23

24 Dated:  September 20, 2013         BENJAMIN B. WAGNER
        UNITED STATES ATTORNEY
25
        /s/ Samuel Wong
26         By: _____
        SAMUEL WONG
27         Assistant U.S. Attorney

28

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, September 20, 2013, to and including the new October 8, 2013, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the presently set September 24, 2013, status conference shall be continued to October 8, 2013, at 9:15 a.m.

Dated: September 24, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT